THE TIMBER TRAILS CORPORATION ET AL. *v.* THE
PLANNING AND ZONING COMMISSION OF THE
TOWN OF SHERMAN

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Thomas P. Byrne,* in support of the petition.
*George C. Hasting,* in opposition.

Submitted September 17—decided October 24, 1973

NEDRA C. BAKER *v.* CARLETON B. BAKER

The defendant's motion for review dated August 2, 1973, in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

The defendant's motion for review dated October 11, 1973, in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*Wesley W. Horton,* in support of the motion.
*Paul W. Orth,* in opposition.

Submitted October 18—decided October 24, 1973